UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| BETTIE J. BOGGS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 07-369-DCR |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM OPINION** |
| CORBIN CITY POLICE, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On October 23, 2007, the Plaintiff Bettie J. Boggs[1] filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. [Record No. 1]  In her Complaint, Boggs alleges that on October 27, 2006, three unidentified Corbin City Police officers violated her rights under the Fourth Amendment of the United States Constitution by using excessive force against her.  On November 5, 2007, the Court entered an Order dismissing, with prejudice, the Plaintiff's claims against the Corbin City Police Department [Record No. 4].  In that Order, the Court notified the Plaintiff that she had 120 days from the date she filed her Complaint in which to amend the Complaint by naming specific individual defendants in lieu of the "John Doe Defendants" and effectuate service on them.  That time period has now elapsed and the Plaintiff has not yet amended her Complaint to name any specific individual defendants.

The lenient treatment generally accorded to *pro se* litigants has limits.  *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996) (dismissal of *pro se* complaint was appropriate

---

[1]     The Plaintiff lists her address as 52 Stinson Drive, Corbin, Kentucky 40701.

where plaintiff failed to respond to defendants' Rule 12(c) motion when ordered to do so by magistrate judge); *see also Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991) (a *pro se* litigant is not afforded special consideration for failure to follow readily comprehended court orders).

In the present case, the Plaintiff bears some responsibility in advancing her claims in a timely fashion. Because the Plaintiff has failed to specifically name any Defendants and effectuate service on them in accordance with the November 5, 2007 Order, the Court finds that she has abandoned her claims against the unknown "John Doe" Corbin City Police Officers.

Accordingly, it is hereby **ORDERED** that the Plaintiff's claims against the "John Doe Defendants" are dismissed, without prejudice, for lack of prosecution and this action is stricken from the Court's active docket.

This 14th day of March, 2008.

Signed By:

*Danny C. Reeves* DCR

United States District Judge